AO 154 (10/03) Substitution of Attorney

FILED MAR 29 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

Southern District of

| | |
|---|---|
| United States of America<br>Plaintiff(s),<br>V.<br>Roberto Romero-Sanchez<br>Defendant(s), | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 13CR0742GT |

Notice is hereby given that, subject to approval by the court, __Roberto Romero-Sanchez__ substitutes
(Party(s) Name)

__Kevin R. Riva__, State Bar No. __186921__ as counsel of record in
(Name of New Attorney)

place of __Amrutha N. Jindal__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Kevin R. Riva, A Professional Corporation
Address: 3055 Wilshire Boulevard, Suite 900, Los Angeles, California 90010
Telephone: (213) 252-0505      Facsimile (213) 252-0500
E-Mail (Optional): krrlawoffices@yahoo.com

I consent to the above substitution.
Date: 3/28/2013
(Signature of Party(s))

I consent to being substituted.
Date: 3/29/13
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 3/28/2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 3/29/13
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]